# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ZI QIANG ZHANG, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION 2:07-0540-KD-B |
| DAVID O. STREIFF, et al, | ) |
| Respondents. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), dated May 12, 2008, is adopted as the opinion of this Court.

Accordingly, it is **ORDERED** that this action be **DISMISSED** as **MOOT** because Zhang is no longer in custody, having been repatriated to his native country on October 11, 2007.

**DONE** this 27th day of May, 2008.

 s/ Kristi K. DuBose
 KRISTI K. DuBOSE
 UNITED STATES DISTRICT JUDGE